United States District Court
Southern District of Texas

**ENTERED**
September 04, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Quachea Thomas, §
    Plaintiff, §
§
v. §    Civil Action H-20-769
§
Houston Circle of Hope §
Services, Inc., §
    Defendant. §

## Order of Adoption

On August 19, 2020, Magistrate Judge Peter Bray recommended that the court grant Quachea Thomas's motion for conditional certification. (21) No objections were filed. After considering the record and the law, the court adopts the report and recommendation as its memorandum and opinion.

Signed September 4, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge