UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| Quachea Thomas, individually and on behalf of all other similarly situated,<br>　　　Plaintiffs,<br><br>v.<br><br>Houston Circle of Hope Services, Inc.,<br>　　　Defendant. | §§§§§§§§§§§  Civil Action H-20-769 |

# Order of Adoption

On December 20, 2022, Magistrate Judge Peter Bray recommended that Plaintiffs' Motion for Summary Judgment be granted. (58) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on January 6, 2023, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge