UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| Quachea Thomas, individually and on behalf of all other similarly situated, <br>     Plaintiffs, <br> v. <br><br> Houston Circle of Hope Services, Inc., <br>     Defendant. | § § § § § § § § § § | Civil Action H-20-769 |

# Final Judgment

Plaintiffs shall recover from Defendant:

| Plaintiff's Name | Actual Damages | Liquidated Damages |
|---|---|---|
| Jonathan Rea | $ 187.5 | $ 187.5 |
| Kimberly Alvarez | $ 9,119.13 | $ 9,119.13 |
| Quachae Thomas | $ 9,068.75 | $ 9,068.75 |
| Rosalyn West | $ 20,604.25 | $ 20,604.25 |
| Roy Watts | $ 11,726 | $ 11,726 |

Post-judgment interest at the applicable federal rate of 4.73%.

This is a final judgment.

Signed on January 6, 2023, at Houston, Texas.

*N. Hughes*

Lynn N. Hughes
United States District Judge