United States District Court
Southern District of Texas
**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **QUACHEA THOMAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:20-CV-00769 |
| | § | |
| **HOUSTON CIRCLE OF HOPE SERVICES, INC.,** | § § § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 14, 2023 Report and Recommendation on Attorney's Fees ("R&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 66). Magistrate Judge Bray made findings and conclusions and recommended that Plaintiff's Motion for Attorney's Fees, Costs and Expenses, (Dkt. No. 64), be granted.

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Bray's R&R (Dkt. No. 66) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Attorney's Fees, Costs and Expenses, (Dkt. No. 64), is **GRANTED**.

(3)     Attorney's fees in the amount of $87,059 are awarded to Plaintiffs.

It is SO ORDERED.

Signed on March 29, 2023.

                                                **DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**