United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

QUACHAE THOMAS, ET AL,

v.

HOUSTON CIRCLE OF HOPE SERVICES, INC.

Case No.: 4:20-cv-00769

## FINAL JUDGMENT

Plaintiffs shall recover from Defendant:

| Plaintiff's Name | Actual Damages | Liquidated Damages |
| --- | --- | --- |
| Jonathan Rea | $187.50 | $187.50 |
| Kimberly Alvarez | $9,119.13 | $9,119.13 |
| Quachae Thomas | $9,068.75 | $9,068.75 |
| Rosalyn West | $20,604.25 | $20,604.25 |
| Roy Watts | $11,726.00 | $11,726.00 |

Attorneys' fees: $87,059.

Costs: $6,794.70.

Accrued interest: $2,277.38.

Post-Judgment interest at the applicable federal rate of 4.73%

This is a final judgment.

Signed on _____ April 10 _____, 2023 at Houston Texas.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**